177 A.3d 106

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. OMAR SHAHEER THOMAS, DEFENDANT–PETITIONER.

C–424 September Term 2017
079686

December 8, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000469–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.